UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; LONDON-SIRE RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; EMI CHRISTIAN MUSIC GROUP INC., a California corporation; and CAPITOL RECORDS, INC., a Delaware corporation,

Plaintiffs,

v.

DOES 1 - 4,

Defendants.

CIVIL ACTION FILE

No. CA 07 171T

## NOTICE OF RELATED ACTIONS OR PROCEEDINGS

Pursuant to Local Rule 9.1, Plaintiffs identify below those cases pending before another tribunal in the District of Rhode Island, including the case name, tribunal before which it is pending, and the claim, occurrence, or event pending before that tribunal.

CA 05-473-T, CA 06-124-ML, CA 06-184-S, CA 06-188-T, CA 06-237-T, CA 06-239-T, CA 06-240-S, CA 06-245-T, CA 06-246-ML, CA 06-248-S, CA 06-249-S, CA 06-250-T, CA, CA 06-356-ML, CA 06-357-T, CA 06-383-T CA 06-384-ML, CA 06-415-ML, CA 06-444-T, CA 06-445-ML, CA 06-515-S, CA 06-516-T, CA 06-518-T, CA 06-549, CA 06-550, CA 07-00002-ML, CA 07-00003-S, CA 07-00018-ML, CA 07-00019-S, CA 07-00020-ML, 1:07-cv-00086-ML-DLM, and 1:07-cv-00087-ML-LDA.

DATED: May 16, 2007

Respectfully submitted,

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; LONDON-SIRE RECORDS INC.; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; BMG MUSIC; LAFACE RECORDS LLC; ELEKTRA ENTERTAINMENT GROUP INC.; EMI CHRISTIAN MUSIC GROUP INC.; and CAPITOL RECORDS, INC.