**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**VIRGIN RECORDS AMERICA, INC.**
**A California corporation, et al.,**
**Plaintiffs**

**v.** **CA No. 07-171-T**

**DOES 1-4**
**Defendants**

**ORDER**

The plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery and to serve a Rule 45 subpoena upon Brown University is GRANTED and it is hereby ORDERED:

1. The plaintiffs may serve a Rule 45 subpoena upon Brown University that seeks information sufficient to determine each defendant's true name and address and E-mail address and media access control address.

2. Any information disclosed to the plaintiffs in response to the Rule 45 subpoena may be used by the plaintiffs solely for the purpose of protecting their rights under the Copyright Act as set forth in the complaint.

3. The plaintiffs shall serve Brown University with a copy of this order along with the subpoena. If Brown University wishes to move to quash the subpoena, it must do so within ten days of being served.

4. Pursuant to **47 U.S.C. § 551(c)(2)(B)**, upon being served with the aforesaid subpoena, Brown University shall notify each subscriber whose information is being sought.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge

Date: 11/30/07