**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; LONDON-SIRE RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; EMI CHRISTIAN MUSIC GROUP INC., a California corporation; and CAPITOL RECORDS, INC., a Delaware corporation, | Civil No. CA-07-171T |
| Plaintiffs, | Judge Ernest C. Torres |
| v. | |
| DOES 1-4, | |
| Defendants. | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs VIRGIN RECORDS AMERICA, INC., *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant Doe #3, also identified as ID #122403804 with IP address 138.16.16.27 2007-03-19 15:17:30 EDT, each party to bear its/his own fees and costs.

Respectfully submitted,

Dated: 1/11/08

By: s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; LONDON-SIRE RECORDS INC.; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; BMG MUSIC; LAFACE RECORDS LLC; ELEKTRA ENTERTAINMENT GROUP INC.; EMI CHRISTIAN MUSIC GROUP INC.; and CAPITOL RECORDS, INC.